**Order entered September 7, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01115-CV

**PATRICK DAUGHERTY, Appellant**

**V.**

**HIGHLAND CAPITAL MANAGEMENT, L.P., Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-04005**

## ORDER

Before the Court is appellant's September 6, 2018 unopposed motion for leave to reply.

We **GRANT** the motion and **ORDER** the reply brief be filed no later than October 1, 2018.


/s/     DAVID EVANS
         JUSTICE